(114 So. 919)

Bob (alias Robert) TAYLOR v. STATE. (4 Div. 346.) Supreme Court of Alabama. Oct. 13, 1927. Certiorari to Court of Appeals. Marcus J. Fletcher, of Andalusia, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Bob (alias Robert) Taylor for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Taylor v. State, 114 So. 926. Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.

2

(116 So. 922)

W. S. TRAMMELL v. R. A. TRAMMELL. (8 Div. 975.) Supreme Court of Alabama. May 15, 1928. Appeal from Circuit Court, Morgan County; O. Kyle, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

3

(115 So. 921)

I. D. VAUGHN v. Mary VAUGHN. (7 Div. 692.) Supreme Court of Alabama. Jan. 10, 1928. Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

4

(116 So. 922)

Alex WALKER v. STATE. (1 Div. 478.) Supreme Court of Alabama. April 5, 1928. Appeal from Circuit Court, Washington County; T. J. Bedsole, Judge. Second degree murder.

PER CURIAM. Appeal dismissed by appellant.

(114 So. 919)

Charlie WASHINGTON v. STATE. (6 Div. 973.) Supreme Court of Alabama. Dec. 15, 1927. Appeal from Circuit Court, Jefferson County; John P. McCoy, Judge. First degree murder.

SOMERVILLE, J. The appeal is on the record alone, without bill of exceptions. An examination of the record discloses no error or irregularity of any sort, and the judgment of conviction must therefore be affirmed. All the justices concur.

2

(114 So. 919)

Walter WIGGERFALL v. STATE. (1 Div. 433.) Supreme Court of Alabama. Dec. 22, 1927. Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. F. K. Hale, Jr., and T. J. Touart, both of Mobile, for appellant. Charlie C. McCall, Atty. Gen., for the State.

GARDNER, J. The appeal is from a judgment of conviction of murder in the first degree, with punishment fixed at life imprisonment. There is no bill of exceptions. The record has been carefully examined, and no error appears. Let the judgment be affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and BOULDIN, JJ., concur.

3

(114 So. 919)

M. M. WRIGHT et al. v. FEDERAL LAND BANK OF NEW ORLEANS. (6 Div. 797.) Supreme Court of Alabama. Dec. 1, 1927. Appeal from Circuit Court, Pickens County; John McKinley, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.